IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN TILLMAN also known as FREDERICK TILLMAN,<br>                  Plaintiff<br><br>vs.<br><br>KEEFE COMMISSARY NETWORK SALES; JAMES DOLHI, Manager Keefe Commissary Network Sales,<br>                  Defendants | )<br>)<br>)<br>)<br>) Civil Action No. 09-1527<br>) Judge Donetta W. Ambrose/<br>) Chief U.S. Magistrate Judge Amy Reynolds Hay<br>)<br>)<br>) |

**ORDER**

AND NOW, this 7 day of April, 2010, the Court having entered an Order [Doc 3] granting the Plaintiff's Motion for IFP status [Doc. 1], docketed his Complaint [4] and a Notice of Change of Address [Doc.2], mailed a copy of its Order to the address provided, has had that Order returned by the U. S. Postal Service marked "return to sender, refused, unable to forward." Because the Court no way to communicate with the Plaintiff regarding his case, the Magistrate Judge prepared a Report and Recommendation [Doc. 6] recommending that this matter be dismissed for failure to prosecute. A copy of the Report and Recommendation, was mailed to the Plaintiff at his last known address. Per the docket entry reflecting the filing of that Report and Recommendation, a copy of which was also sent to the Plaintiff, the Plaintiff was notified that Objections to the Report and Recommendation were due by April 5, 2010. No Objections were filed, and the Court has not received any other communication from the Plaintiff.

Therefore, upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the Opinion of this Court, IT IS HEREBY ORDERED that this matter is DISMISSED for failure to prosecute. The Clerk is

directed to mark this case closed.

*Donetta F. Ambrose*
Donetta W. Ambrose
United States District Judge

cc: John Tillman
Cove Forge BHS
202 Cove Forge Road
Williamsburg, PA 16693